FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 6 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GREGORY ALMAREZ,  )<br>  )<br>Defendant.  ) | 2:12-CR-200-LDG-(VCF) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on August 6, 2012, defendant GREGORY ALMAREZ pled guilty to Count Three of a Four-Count Criminal Indictment charging him with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2). Criminal Indictment, ECF No. 1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Bill of Particulars, and agreed to in the Plea Memorandum, and the offense to which defendant GREGORY ALMAREZ pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 19.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3);

        a.     Any and all computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives

1  on which they are maintained;

2  b.  Numerous CDs and CD-Rs;

3  c.  Western Digital USB Hard Drive, Serial Number WXE108N68592;

4  d.  San Disk Cruzer 1GB Thumb Drive, Serial Number SDC26-1024;

5  e.  Hard Drive, Serial Number NA054DE4;

6  f.  HP Laptop with Power Cord, Serial Number 2CE934KKF8;

7  g.  Gateway PC Tower, Serial Number C017015872; and

8  h.  Compaq Laptop with Power Cord, Serial Number CNF7065TRN

9      ("property").

10  This Court finds the United States of America is now entitled to, and should, reduce the

11  aforementioned property to the possession of the United States of America.

12  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

13  United States of America should seize the aforementioned property.

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

15  GREGORY ALMAREZ in the aforementioned property is forfeited and is vested in the United

16  States of America and shall be safely held by the United States of America until further order of the

17  Court.

18  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

19  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

20  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

21  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

22  the name and contact information for the government attorney to be served with the petition,

23  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

24  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

25  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

26  . . .

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

2 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

3 following address at the time of filing:

4               Michael A. Humphreys
              Assistant United States Attorney

5               Daniel D. Hollingsworth
              Assistant United States Attorney

6               Lloyd D. George United States Courthouse
              333 Las Vegas Boulevard South, Suite 5000

7               Las Vegas, Nevada 89101.

8        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

9 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

10 following publication of notice of seizure and intent to administratively forfeit the above-described

11 property.

12        DATED this __6__ day of __August__, 2012.

13

14

15               UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26