FILED ENTERED
RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 14 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )  2:12-CR-200-LDG-(VCF) |
| GREGORY ALMAREZ, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On August 6, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3), based upon the plea of guilty by defendant GREGORY ALMAREZ to criminal offense, forfeiting specific property alleged in the Criminal Indictment and the Bill of Particulars, and agreed to in the Plea Memorandum, and shown by the United States to have a requisite nexus to the offense to which defendant GREGORY ALMAREZ pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 19; Plea Memorandum, ECF No. 23; Minutes of Change of Plea Proceedings, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 22.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 15, 2012, though September 13, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 24.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    Any and all computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained;

    b.    Numerous CDs and CD-Rs;

    c.    Western Digital USB Hard Drive, Serial Number WXE108N68592;

    d.    San Disk Cruzer 1GB Thumb Drive, Serial Number SDC26-1024;

    e.    Hard Drive, Serial Number NA054DE4;

    f.    HP Laptop with Power Cord, Serial Number 2CE934KKF8;

    g.    Gateway PC Tower, Serial Number C017015872; and

    h.    Compaq Laptop with Power Cord, Serial Number CNF7065TRN ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __14__ day of __November__, 2012.

_____
UNITED STATES DISTRICT JUDGE